LOUIS AMARANDO, Respondent, *v.* ANTHONY DELIO et al., Appellants.

Argued March 8, 1955; decided April 21, 1955.

*William L. Shumate* and *Frederick Mellor* for appellants.
*Samuel Levitt* and *Louis E. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.